**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 99.190.58.55**

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/02/2019 00:53:02 | 3B4FD8CF7C2D8CC5D552808F6B8307FF768A4E49 | Threeway Team Sport |
| 12/25/2017 17:15:28 | 4346FE370C9280CA811CB1B34C136E6B177ADD26 | Red Hot Christmas |
| 08/01/2017 19:08:55 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 07/01/2017 12:43:24 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

STX304