United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-02755 |
| | § | |
| **JOHN DOE,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Malibu Media, LLC ("Plaintiff") has filed a Notice of Voluntary Dismissal with Prejudice. (Doc. No. 9.) In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against John Doe ("Defendant") have been **DISMISSED WITH PREJUDICE**. All costs of court are taxed against the party incurring those costs. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 17th day of October 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE